SIDI OTHMAN NACIRI MAJD
Full Name/Prisoner Number

→ 26 MC GREGOR RANGE ROAD CHAPARRAL, NM 88081

381 FARMINGTON Ave Apt 202D HARTFORD, CT 06105
Complete Mailing Address

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 1 5 2010
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. _____
(To be supplied by the Court)
10cv44-JH/LFG

SIDI OTHMAN NACIRI MAJD   (IMMIGRATION DETAINEE)
A# 047399270                                , Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use et al.)

v.

MTC, OTERO COUNTY PROCESSING CENTER
WARDENS: TERRY & FRAWNER                    , Defendant(s).
(Do not use et al.)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. SIDI OTHMAN NACIRI MAJD is a citizen of MOROCCO who
   (Plaintiff)                              (State)

presently resides at 26 MC GREGOR RANGE RD CHAPARRAL, NM 88081
(mailing address or place of confinement)

2. Defendant TERRY                        is a citizen of unknown
   (name of first defendant)                              (State)

whose address is 26 MC GREGOR RANGE RD, CHAPARRAL, NM 88081

and who is employed as WARDEN OF MTC's                At the time the claim(s)
                       OTERO COUNTY PROCESSING CTR

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: I was searched illegally by M.T.C staff who told me and my fellow detainees to take all our clothes off and face the walls in an atmosphere of yelling, humiliating and screaming in our faces.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

All M.T.C staff was present when we were told (us detainees in Charley 6 dorm) to strip naked and face the wall. All officers were yelling and screaming at us and correctional officer Pineda was yellingly telling us to lift our feet up while facing the walls while 20 to 30 other officers including (lieutenants, sergeants, correctional officers in the presence of Warden Terry on this day of 4-09-09

Claim II: I am a Muslim and there is a big Muslim community here in this facility and we are never served "HALAL food" which is mandatory in our religion but the jewish community is always served "Kosher" and our

Supporting Facts: food is always served cold. And our FRIDAY service is always interrupted on purpose all the time while we are praying by officers.

— Officers always interrupt our religious service on Fridays purposely in the pretext that they need to recount do recounts always.

— They put our religious leader in solitary confinement for 30 days twice for complaining about this issue.

— Our food / special diet is always cold and we never get "HALAL" as our religion dictates and requires us to have while the jewish community get their "Kosher".

— The bathrooms and the showers are wide open with no privacy measures available to us. We muslims have to have our privacy in the shower and bathrooms. No such thing is provided to us in the dorms. We have to deal with detainees taking showers naked and masterbating in front of us naked everyday.

alleged in this complaint arose, was this defendant acting under color of state law?
✓ Yes ___ No.  If your answer is "Yes," briefly explain:

My Religious Rights were violated and I was strip searched against my will in a violating manner and a torturous one.

3. Defendant **WARDEN FRAWNER** is a citizen of **unknown**
(name of second defendant)                           (State)

whose address is **26 MC GREGOR RANGE RD, CHAPARRAL, NM 88081**

and who is employed as **WARDEN ASSISTANT**. At the time the claim(s)
(title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
✓ Yes ___ No.  If your answer is "Yes," briefly explain:

My Religious Rights were violated and I was strip searched against my will in a VIOLATING Manner and tortured.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
  ✓   Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
  ___  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____
_____

## B. NATURE OF THE CASE

BRIEFLY state the background of your case.

On 04-08-09, me and my fellow detainees in CHARLEY 6 DORM were illegally strip-searched (which was not a routine) in an atmosphere of yelling, screaming, humiliation and torture (the A.C was turned on on full blast while we were naked). plus my religious rights were violated on numerous basis. I was stripped searched as well and yelled at and intimidated by female officers while half naked which is against my religion. There was no "routine" search it was pure intimidation

2

Claim III: **Wardens Terry and Frowner** stated that special diet meals are not supposed to be served hot and that food items are not to be cooked. and that we choose our religion and that is the aftermath of that. and HALAL is not necessary.

Supporting Facts: I and my fellow detainees complained about the special diet food being served cold all the time. Wardens Terry and Frowner on 7-7-09 wrote us back that according to I.C.e/N.D.S standards the need to cook items is not required per se. and that we choose our religion.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes  ✓ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _____N/A_____

   Defendant(s): _____N/A_____

   b. Name and location of court and docket number _____N/A_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

   d. Issues raised: _____N/A_____

   e. Approximate date of filing lawsuit: _____N/A_____

   f. Approximate date of disposition: _____N/A_____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes  ✓ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

4

B. NATURE OF THE CASE: (CONTINUED)

CLAIM. IV

I was Harrassed on numerous occasions by officers: ORDERING me not to pray in the corner of the DORM. Officer Buttler yelled at me by saying "you can't pray after 10:30." I am a muslim. I have to perform prayer 5 times a day and the night prayer is very important. Sergeant Stickel then came into the dorm and took me out and gave me a talking to about not praying after 10:30 PM and that these were direct orders of captain Ruiz who was formely just a sergeant at the time I was brought to this facility in March of 2009.

3. I have exhausted available administrative remedies. ☐ Yes ☐ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

I have complained, written the captain, chaplain himself and wardens, complaints but in VAIN.

### E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): N/A

   Defendant(s): N/A

b. Name and location of court and docket number: N/A

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted. N/A

d. Approximate date of filing lawsuit: N/A

e. Approximate date of disposition: N/A


2. Are you in imminent danger of serious physical injury? ___ Yes ✓ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

5

## REQUEST FOR RELIEF

I request the following relief:

I Request that a monetary sum of 30,000,000 $ be paid to me or my family in case of my demise.

_____
Prisoner's Original Signature

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 26 MC GREGOR RANGE RD chaparral, NM 88081 on 08-15-09
(location) (date)

_____
Prisoner's Original Signature

incurred by me as a result of being granted leave to proceed in forma pauperis.

(6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

N/A

_____

_____

_____

_____

REQUIRED CERTIFICATION: You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at 26 Nr HrGoP R. Po Rl,    on  08/15/09
            (location) ChSpo.PPNC, NM      (date)
                       88 081

_____
Prisoner's Original Signature

2

**Name:** SIDI OTHMAN NACIRI MAJD

**Address:** 26 MC GREGOR RANGE RD
CHAPARRAL, NM 88081
CG - BUNK 15

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SIDI OTHMAN NACIRI, Plaintiff
(Full Name)

v.

WARDEN TERRY
& WARDEN FRAWNER, Defendant(s)
MTC OTERO COUNTY PROCESSING CTR

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

### A. JURISDICTION

1) SIDI OTHMAN NACIRI (Plaintiff), is a citizen of MOROCCO (State) who presently resides at 26 MC GREGOR RANGE RD CHAPARRAL, NM 88081 (Mailing address or place of confinement).

2) Defendant WARDEN FRAWNER (Name of first defendant) is a citizen of unknown (City, State), and is employed as Assistant WARDEN of OTERO COUNTY PROCESSING CTR (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes [V]  No [ ]  If your answer is "Yes", briefly explain:

Illegally strip-searched me and violated my religious rights.

XE-2   2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant **WARDEN TERRY** is a citizen of
(Name of second defendant)
**unknown**, and is employed as
(City, State)
**WARDEN AT OTERO COUNTY PROCESSING CTR**. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☑   No ☐   If your answer is "Yes", briefly explain:

They illegally strip-searched me and my fellow detainees in C6 dorm and violated my religious rights in Otero processing center

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

On 04-08-09, me and my fellow detainees in CHARLEY 6 DORM were illegally strip-searched (which was not a routine search) in an atmosphere of yelling, screaming, humiliation and torture (the A-C was turned on on full blast while we were naked) plus, my religious rights were violated on numerous basis.

XE-   2/7                                    -2-

CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: I was searched illegally by M.T.C staff who told me and my fellow detainees to take all our clothes off and face the walls in an atmosphere of yelling, humiliation and screaming in our faces.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

All M.T.C. Staff was present at the time of the incident we us detainees were told to strip naked down to our underwear while all officers were yelling and screaming at us and correctional officer pineda was yellingly telling us to lift up our feet while facing the walls. 20 to 30 officers including (lieutenants, sergeants, correctional officers and trainees in the awareness of Worden Torry on this day of 04-15-09

B)(1) Count II:
I am a Muslim among a considerable muslim community here in this facility and we are never served "HALAL food" which is mondatory in our religion while the jewish community is always served "Kosher" and our food is always served cold.

(2) Supporting Facts: Our (special diet food) is always served cold and we never get "HALAL" as our muslim religious requires us while the jewish community is always provided "Kosher meals" on daily basis.

C)(1) WARDENS Terry and FRAWNER claim that special diet meals are not supposed to be served hot and that food items are not to be cooked. And that we choose our religion and that is the aftermath of that. And that HALAL is not necessary.

(2) Supporting Facts: I and my fellow detainees complained about the special diet food being served cold all the time. WARDENS Terry and FRAWNER on 7-7-09 wrote us back that according to I.C.E/N.D.S standards the and that the need to cook items is not required per se, and that we choose our religion.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☑   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.
        Plaintiffs: N/A
        Defendants: N/A

    b) Name of court and docket number:

        N/A

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        N/A

    d) Issues raised: N/A

e) Approximate date of filing lawsuit: _____N/A_____

f) Approximate date of disposition: _____N/A_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes [ ]   No [✓]   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: A Monetary sum of $30,000,000 be paid to a my family in case of my demise

_____   _____
Signature of Attorney (if any)   Signature of Petitioner

Attorney's full address and telephone number.
         N/A

XE-2   2/78                         - 5 -

## Certificate of service

(Plaintiff)

SIDI OTHMAN NACIRI

A# 047-399-270

**Otero County Processing Center**

**26 Mc Gregor Range Rd, Chaparral, NM**, 88081


I hereby certify that a copy of the forgoing pleading/ document was _mailed_
to _WARDENS: A. W FRAWNER AND TERRY (MTC OTERO PROCESSING CENTER)_ at
_26 MC GREGOR RANGE ROAD CHAPARRAL, NM 88081_
(opposing party or counsel)_____on
_____2009

_____
(Signature)

Otero County Processing Center

## Detainee Request To Staff Member

Peticion de el Detenido al Miembro de Personal

Detainee Name/Nombre: _____  Date/Fecha: 4/__

Alien Number/Numero de Extranjero: _____  Unit/Unidad: _____

Request/Peticion: _____

_____

_____

_____

*If more space is needed to complete your request, please use the reverse side of this form. All requests will be addressed by priority.*

*Si es necessario mas espacio para completar su peticion, por favor use el lado reverso de esta forma. Todas las peticiones seran dirigidas por prioridad.*

Staff Comments (Commentarios de el Personal):

We are making arrangements for special meals on Fridays and at the end of Oct 04)-74/10

_____

Property Officer: Date received: _____  Date filed: _____

Chaplain.

**Otero County Processing Center**
**Detainee Request To Staff Member**
Peticion de el Detenido al Miembro de Personal

Detainee Name/Nombre: Omran Naqfi
Alien Number/Numero de Extranjero: A 047319290
Date/Fecha: 11/22/09
Unit/Unidad: C6-15

Request/Peticion:
Sir, Special diets and special ceremonial meals will be provided for detainees whose religious beliefs require the adherence to religious dietary laws. And sir, our brethren of Islam clearly state and request us to eat Halal food. The Qu'ran has to be supplied in the name of Allah, and pleased be a Muslim person before consumed by a Muslim. I have never seen Halal being served in this facility. Files, four daily get washed 3 times a week. That is unacceptable and against TCI, The Detention Standards...

*If more space is needed to complete your request, please use the reverse side of this form. All requests will be addressed by priority.*
*Si es necessario mas espacio para completar su peticion, por favor use el lado reverso de esta forma. Todas las peticiones seran dirigidas por prioridad.*

Staff Comments (Commentarios de el Personal):
Mr. Naqfi is 0325 by the NDS INS standard.

Property Officer. Date received: 25 Nov     Date filed: 30 Nov 09

Would you please bring photo the attention whomever is in charge → (CS) cook supervisor and cook foreman (CF). No other facility does this.

CHAPLAIN BERRY

**Detainee Request To Staff Member**
Peticion de el Detenido al Miembro de Personal

Detainee Name/Nombre: SIDI OTHMAN NACIR
Alien Number/Numero de Extranjero: A047 399 270
Date/Fecha: 6/9/09
Unit/Unidad: C6-15

Request/Peticion: CAN we please do something about the religious meal situation for muslims. Every other facility has HALAL food for muslims. And we don't really be on the same diet. Fish and tuna for the whole 6 months I've been here and more.

Staff Comments (Commentarios de el Personal):

Property Officer: Date received: 

Date filed:

# Otero County Processing Center
## Detainee Request To Staff Member
Peticion de el Detenido al Miembro de Personal

Detainee Name/Nombre: Chapman  Date/Fecha: ___
Alien Number/Numero de Extranjero: ___  Unit/Unidad: ___

Request/Peticion: I would like to speak to chaplin [illegible] was at adamm's when I [illegible]

*If more space is needed to complete your request, please use the reverse side of this form. All requests will be addressed by priority.*
*Si es necessario mas espacio para completer su peticion, por favor use el lado reverse de esta forma. Todas las peticiones seran dirigidas por prioridad.*

Staff Comments (Commentarios de el Personal): You are taken off religious diet [signature]

Property Officer: Date received: 9 Nov 09  Date filed: 9 Nov 09

[illegible handwriting]

WARDEN 7/7/09

Otero County Processing Center
Detainee Request To Staff Member
Peticion de el Detenido al Miembro de Personal

Detainee Name/Nombre: _____  Date/Fecha: 7/6/09

Alien Number/Numero de Extranjero: A_____  Unit/Unidad: _____

Request/Peticion: _____
_____
_____
_____
_____

If more space is needed to complete your request, please use the reverse side of this form. All requests will be addressed by priority.
Si es necesario más espacio para completar su petición, por favor use el lado reverso de esta forma. Todas las peticiones seran dirigida por prioridad.

Staff Comments (Commentarios de el Personal):
_____
_____
_____

7/8/09

SIDI OTHMAN NACIRI
A# 047399270
26 MC GREGOR RANGE RD
CHAPARRAL, NM 88081

7007 2680 0002 2744 0623

United States District
Court *
District of New Mexico

Office of the Clerk
Pete V. Domenici United
States Court House
333 Lomas BLVD. N.W. —
Suite 270
Albuquerque, New Mexico
87102

RECEIVED
At Albuquerque NM
JAN 1 5 2010
MATTHEW J. DYKMAN
CLERK