IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIDI OTHMAN NACIRI MAJD,

        Plaintiff,

vs.                      No. 1:10-CV-00044 JCH-LFG

WARDEN TERRY, et al.

        Defendants.

**ORDER GRANTING EXTENSION OF TIME TO FILE**
**MARTINEZ REPORT AND MOTION FOR SUMMARY JUDGMENT**

THIS MATTER came before the Court on the Defendants' Motion for an Extension of Time in Which to File Their Martinez Report and Motion for Summary Judgment [Doc.15]. No response is necessary. The Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. 15] is granted. The deadline for Defendants to file their Martinez Report and any accompanying motion for summary judgment is extended to January 19, 2011. Plaintiff shall file and serve his response to the Report no later than February 18, 2011. Defendants shall file and serve their reply, if any, no later than March 21, 2011.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge