## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SIDI OTHMAN NACIRI MAJD,

        Plaintiff,

  vs.                                                                        No. CIV 10-44 JCH/LFG

WARDEN TERRY, et al.,

        Defendants.

## **JUDGMENT**

      THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition. The Court conducted a *de novo* review of Plaintiff's objections thereto and overruled the objections. The Court adopted the Analysis and Recommended Disposition in an Order filed contemporaneously with this Judgment.

      IT IS THEREFORE ORDERED that JUDGMENT is hereby entered in favor of Defendants, Plaintiff's complaints are DISMISSED with prejudice, and this action is DISMISSED.

                                                                          _____
                                                                          UNITED STATES DISTRICT COURT